**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES CUMMINGS, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiff,

-vs-                                  Case No. 6:06-cv-1108-Orl-28KRS

LAPEL PINS R US, LLC, STERLING
MARKETING GROUP, LLC, RED SHOE
INTEGRATED MARKETING, LLC,
CARYN SMITH,

                Defendants.

## ORDER

This case is before the Court on the Stipulation of Dismissal (Doc. No. 20) filed March 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 30, 2007 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The collective action allegations in the Complaint are **DISMISSED**.

    3.    The settlement is **APPROVED**.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of May, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party